| | |
|---|---|
| EDMOND B DERAMUS, | ) |
| Plaintiff, | ) No. 3:16-CV-275-JRG-HGB |
| v. | ) |
| BUD McCOIG, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This case is a civil rights matter filed under 42 U.S.C. § 1983 by pro se Plaintiff, Edmond Deramus. Now before the Court is Plaintiff's motion for a hearing [Doc. 9]. Therein, Plaintiff requests that a hearing be set for unspecified pending motions he filed in this action [*Id*.].

However, the Court's order filed on November 7, 2016 addresses all previously pending motions [Doc. 10]. Because there are no pending motions in this matter at this time, Plaintiff's motion for a hearing [Doc. 9] is **DENIED as moot**.

**SO ORDERED.**

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE